# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 119 WAL 2017

           : 

         Respondent      : 

           :    Petition for Allowance of Appeal from

           :    the Order of the Superior Court

         v.          : 

           : 

           : 

JAVONN ERIC CLANCY,          : 

           : 

         Petitioner      : 


## ORDER


**PER CURIAM**

     **AND NOW**, this 11th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED**.  The issues, rephrased for clarity, are:

(1)  Where, in closing argument, the district attorney characterized the Petitioner as a "cold blooded killer" and a "dangerous man," did the district attorney violate the ruling of this Court announced in *Commonwealth v. Capalla*, 185 A. 203, 205 (Pa. 1936)?

(2)  Were the district attorney's characterizations of the Petitioner during closing argument permissible oratorical emphasis consistent with Pennsylvania Rules of Professional Conduct 3.4(c) and ABA Standards for Criminal Justice 3-5.8?